# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARTHUR LEE GARRISON,
             Appellant,
        vs.
THE STATE OF NEVADA,
             Respondent.

No. 69753

**FILED**

APR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court denying a motion for the appointment of counsel and request for evidentiary hearing. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se document filed on April 5, 2016.

16-11994

cc: Hon. Elissa F. Cadish, District Judge
Arthur Lee Garrison
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A